UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEWIS,<br><br>         Plaintiff,<br><br>    vs.<br><br>JEFFERY WANG, et al.,<br><br>         Defendants. | 1:12-cv-01867-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 10.)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G)<br><br>ORDER FOR CLERK TO CLOSE CASE |

   Jerry Lewis ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On May 8, 2014, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to state a claim upon which relief may be granted under §1983.  (Doc. 10.)  On July 7, 2014, Plaintiff filed objections to the findings and recommendations.  (Doc. 13.)

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 8, 2014, are adopted in full;
2. This action is dismissed, with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted under § 1983;
3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011); and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 9, 2014**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE